```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
 2                       HOUSTON DIVISION
 3
       JAASIN TAYLOR               §
 4                                 §
            Plaintiff,             §
 5     VS.                         §  CIVIL ACTION NO. 4:21-cv-03173
                                   §
 6     BALL CORPORATION            §
                                   §
 7          Defendant.             §
 8
 9
       ---------------------------------------------------------
10
                  ORAL AND VIDEOTAPED DEPOSITION OF
11
                           JAASIN TAYLOR
12
                         January 24, 2023
13
       ---------------------------------------------------------
14
15
16        ORAL AND VIDEOTAPED DEPOSITION OF JAASIN TAYLOR,
17     produced as a witness at the instance of the Plaintiff,
18     and duly sworn, was taken in the above-styled and
19     numbered cause on the 24th day of January, 2023, from
20     9:31 a.m. to 1:23 p.m., via remotely, before Patricia
21     Palmer, CSR, in and for the State of Texas, reported by
22     machine shorthand, Mr. Mauricio Guevara, The Buzbee Law
23     Firm, 600 Travis Street, Suite 7300, Houston, Texas
24     77002, pursuant to the Federal Rules of Civil Procedure
25     and any provisions stated on the record herein.
```

Page 1

```
 1           A P P E A R A N C E S
 2
    FOR THE PLAINTIFF:
 3    Mr. Mauricio Guevara
      THE BUZBEE LAW FIRM
 4    600 Travis, Suite 7300
      Houston, Texas  77002
 5    Tel:  713.223.5393  Fax:  713.223.5909
      Mguevara@txattorneys.com
 6
 7  FOR THE DEFENDANT:
      Mr. Karl A. Schulz
 8    COZEN O'CONNOR
      1221 McKinney, Suite 2900
 9    Houston, Texas  77010
      Tel:  832.214.3900  Fax:  832.214.3905
10    Kschulz@cozen.com
11
    ALSO PRESENT:
12    The Videographer:  Mr. Kenny Parker
      The Paralegal:     Mr. Lonn Parsons
13
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 2
```

```
 1               THE VIDEOGRAPHER:  Good morning.  Today is
 2  Tuesday, January the 24th, 2023.  We are on the record
 3  at 9:31 a m.  This is the video recorded deposition of
 4  Jaasin Taylor in the matter of Jaasin Taylor versus Ball
 5  Corporation in the United States District Court,
 6  Southern District of Texas, Houston Division.
 7               My name is Kenny Parker.  I am a certified
 8  legal video specialist here on behalf of Veritext Legal
 9  Solutions.  The court reporter is Patricia Palmer, also
10  present on behalf of Veritext.
11               At this time, would all counsel please
12  identify themselves and their firm affiliation for the
13  record.
14               MR. GUEVARA:  Mauricio Guevara for the
15  plaintiff.
16               MR. SCHULZ:  This is Karl Schulz for the
17  defendant.
18               THE VIDEOGRAPHER:  Thank you.
19               Madam Court Reporter, you may proceed.
20               THE REPORTER:  Good morning.  This
21  deposition of Jaasin Taylor is being conducted remotely
22  via Zoom.  The witness is located at 600 Travis Street,
23  Houston, Texas 77002.
24               My name is Patricia Palmer, Texas CSR No.
25  9042 representing the firm Veritext, located at 300
                                              Page 4
```

```
 1             I N D E X
 2                                  PAGE
 3  Appearances..................... 2
 4  Stipulations.................... 4
 5  JAASIN TAYLOR
 6  Examination by Mr. Schulz ...... 5
 7  Signature and Changes .......... 98
 8  Reporter's Certificate.......... 99
 9           EXHIBITS
10   NO.     DESCRIPTION           PAGE
    Exhibit 1..................   10
11     Amended Depo Notice - Plaintiff
    Exhibit 2..................   36
12     DEFENDANTS 000328 - 000351
    Exhibit 3..................   42
13     Mayor Depo.Exhibit 0003 - Taylor's File
    Exhibit 4..................   79
14     EMAILSND
    Exhibit 5..................   87
15     2021 0818 Plaintiff's OP
16       REQUESTED DOCUMENTS/INFORMATION
17  NO.    DESCRIPTION          PAGE
    1.........................   46
18    Last Filed Tax Return
    2.........................   52
19  2013 Tax Return
20
21
22
23
24
25
                                              Page 3
```

```
 1  Throckmorton Street, Fort Worth, Texas.
 2               I am administering the oath and reporting
 3  the deposition remotely by stenographic means from my
 4  residence within the State of Texas.
 5               Mr. Taylor, would you please raise your
 6  right hand.
 7               Do you solemnly swear or affirm that you're
 8  in fact Jaasin Taylor and the testimony you'll give in
 9  this cause will be the truth, the whole truth, and
10  nothing but the truth so help you God?
11               THE WITNESS:  I do.
12               THE REPORTER:  Thank you.  You may lower
13  your hand.
14               Couple, you may proceed.
15               JAASIN TAYLOR,
16  having been first duly sworn, testified as follows:
17               EXAMINATION
18  BY MR. SCHULZ:
19      Q.  Good morning, sir.  Would you please say and
20  spell your full name?
21      A.  My first name is Jaasin, it is spelled
22  J-A-A-S-I-N.  My last name is Taylor and it is spelled
23  T-A-Y-L-O-R.
24      Q.  Do you have a middle name, sir?
25      A.  Mathew.
                                              Page 5
```

2 (Pages 2 - 5)

1  Q. Is that what would coquille be known as a strip
2  club?
3  A. I'm sorry?
4  Q. Is that what would be coquille known as a scrip
5  club?
6  A. A gentleman's club.
7  Q. A gentleman's club?
8  A. Yes.
9  Q. Are there topless female dancers in there?
10 A. Female dancers. You can't be topless there,
11 no.
12 Q. Okay. So there is no nudity there?
13 A. No nudity.
14 Q. Have you ever worked at a club where there is
15 either partial or full nudity?
16 A. Yes.
17 Q. What were the names of those clubs?
18 A. In West Palm Beach, Florida. It was for
19 Cheetah's -- or Cheetah's.
20 Q. When did you work there?
21 A. 2004 until 2012, I believe.
22 Q. And what did you do at Cheetah's?
23 A. I'm sorry?
24 Q. What did you do at Cheetah's?
25 A. I was a manager.
                                                Page 30

1  Q. Any other gentleman's clubs that you've worked
2  at?
3  A. In Houston, Vivid Live.
4  Q. How long did you work at Vivid Live?
5  A. From 2013 to 2020.
6  Q. And what did you do at Vivid Live?
7  A. Manager.
8  Q. Any other gentleman's clubs?
9  A. Not that I recall.
10 Q. So I gather at some point you moved from
11 Florida to Texas?
12 A. Yes.
13 Q. What was the reason for the move?
14 A. Family.
15 Q. Can you elaborate a little bit, please.
16 A. My -- my mother -- my mother and my little
17 brother were living in Texas and asked me to move in
18 with them, so, you know, I missed them, they missed me.
19 Q. What was the outcome of the SOB arrest?
20 A. I'm sorry?
21 Q. What was the outcome of the SOB arrest?
22 A. Misdemeanor and a fine.
23 Q. Did you pay the fine?
24 A. Eventually, I did, yes. A court cost or a
25 court fine.
                                                Page 31

1  Q. Okay. Besides the SOB arrest, have you been in
2  trouble with the law?
3  A. I'm sorry?
4  Q. Besides the SOB arrest, any other trouble with
5  the law?
6  A. A couple of other things. I don't recall them
7  all. I do have a -- let me see. I was arrested in 1998
8  for an arson charge and hindering a prosecution.
9  Q. Where was that?
10 A. In New York.
11 Q. What was the outcome of that 1998 charge?
12 A. I ended up receiving jail time.
13 Q. How long?
14 A. Five years.
15 Q. Did you serve five years?
16 A. Yes, sir.
17 Q. Was that time served in New York?
18 A. Yes.
19 Q. Did you have a period of probation or community
20 supervision after that?
21 A. Yes, I was on a parole.
22 Q. Did you complete the parole successfully?
23 A. Yes.
24 Q. Was the arson a felony?
25 A. Yes, it was.
                                                Page 32

1  Q. What was it that was set on fire?
2  A. It was a vehicle.
3  Q. Whose vehicle was it?
4  A. Acquaintance.
5  Q. What were the circumstances of the incident?
6  A. I was young. I was young, silly, and made a
7  basic mistake. And it was an insurance job on it, what
8  you call an insurance job, set a fire to somebody's
9  vehicle.
10 Q. So the idea was to set a fire to the vehicle
11 and collect the insurance proceeds from the fire?
12 A. Not me personally, but someone else, yeah.
13 Q. Other than the 1998 arson charge, any other
14 criminal incidents?
15 A. Not that I recall.
16     MR. SCHULZ: Lonn, can you please bring up
17 328 to 351 court records.
18 Q. BY MR. SCHULZ: While he's doing that
19 Mr. Taylor, can you tell me about your managerial duty
20 at Cheetah's?
21 A. Yes. Wait. What do mean, my daily operations?
22 Q. Yes, sir. What -- what does it mean to manage
23 the club?
24 A. Basically you're in charge of the registers,
25 just to make sure the registers were -- were charged,
                                                Page 33

## Page 98

```
1              CORRECTION PAGE
2  WITNESS NAME: JAASIN TAYLOR    DATE: 01/24/2023
3  PAGE LINE CHANGE         REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18              SIGNATURE PAGE
19
20    I, JAASIN TAYLOR, have read the foregoing
21 deposition and hereby affix my signature that same is
22 true and correct, except as noted above on the
23 correction page
24
25              _____
                    JAASIN TAYLOR
```

## Page 99

```
1          IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
2                    HOUSTON DIVISION
3
    JAASIN TAYLOR         §
4                         §
        Plaintiff,        §
5   VS.                   §  CIVIL ACTION NO. 4:21-cv-03173
                          §
6   BALL CORPORATION      §
                          §
7       Defendant.        §
8            REPORTER'S CERTIFICATION
             DEPOSITION OF JAASIN TAYLOR
9            TAKEN JANUARY 24, 2023
10    I, Patricia Palmer, Certified Shorthand Reporter in
11 and for the State of Texas, hereby certify to the
12 following:
13     That the witness, JAASIN TAYLOR, was duly sworn by
14 the officer and that the transcript of the oral
15 deposition is a true record of the testimony given by
16 the witness;
17     I further certify that pursuant to FRCP Rule
18 30(e)(1) that the signature of the deponent was
19 requested by the deponent or a party before the
20 completion of the deposition and that the signature is
21 to be returned within 30 days from date of receipt of
22 the transcript.  If returned, the attached Correction
23 and Signature Page contains any changes and the reasons
24 therefor.
25     I further certify that I am neither counsel
```

## Page 100

```
1  for, related to, nor employed by any of the parties in
2  the action in which this proceeding was taken, and
3  further that I am not financially or otherwise
4  interested in the outcome of the action.
5      Certified to by me this 26th day of January, 2023.
6
7
8
9      PATRICIA PALMER, Texas CSR 9042
       Expiration Date: 07/31/2024
10     Firm Registration No. 571
       Veritext
11     300 Throckmorton Street, Suite 1600
       Fort Worth, Texas 76102
12     817.336.3042
```

## Page 101

```
1  Mguevara@txattorneys.com
2              January 26, 2023
3  RE: Taylor, Jaasin v. Ball Corporation
4  DEPOSITION OF: Jaasin Taylor (# 5663480)
5      The above-referenced witness transcript is
6  available for read and sign.
7      Within the applicable timeframe, the witness
8  should read the testimony to verify its accuracy. If
9  there are any changes, the witness should note those
10 on the attached Errata Sheet.
11     The witness should sign and notarize the
12 attached Errata pages and return to Veritext at
13 errata-tx@veritext.com.
14     According to applicable rules or agreements, if
15 the witness fails to do so within the time allotted,
16 a certified copy of the transcript may be used as if
17 signed.
18             Yours,
19             Veritext Legal Solutions
```

26 (Pages 98 - 101)